# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-7159**　　　　　　　　　　　　**September Term, 2007**

07cv01971

Filed On: January 18, 2008

[1093135]
Kareemah Yasmina Bell,
　　　　Appellant

v.

Pamela Scott, et al.,
　　　　Appellees

### ORDER

　　By order filed November 21, 2007, directing appellant to file her brief and appendix to this court, by January 2, 2008. The order was sent to appellant by certified mail, return receipt requested, and by first class mail. To date, appellant has not complied with the Court's order. Upon consideration of the foregoing, it is

　　**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

　　The Clerk is directed to issue the mandate in this case 30 days after the date of this order.

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　　BY:

　　　　　　　　　　　　　　　　　　　　Elizabeth V. Scott
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED:
BY:
ATTACHED: ___ Amending Order
　　　　　　 ___ Opinion
　　　　　　 ___ Order on Costs

A True copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk